CAROLINE WEISS, Respondent, *v.* CITY OF MOUNT VERNON et al., Appellants.

*Weiss v. City of Mount Vernon,* 157 App. Div. 388, affirmed.
(Argued May 4, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 6, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, which adjudged that the plaintiff is the owner in fee of all the land described in the complaint in this action and entitled to the sole and exclusive use, possession and occupation thereof and that no part thereof was at any time a public street, and decreeing that the defendants be restrained from trespassing thereon, and requiring them to remove therefrom certain structures erected or placed thereon by them, to wit, certain pave-

42

ment, or begin proceedings to acquire the land embraced within a portion of said premises by eminent domain, as provided by law, and awarding the plaintiff damages for the unlawful entry of the defendants in and upon her said lands and premises.

*Frank A. Bennett* for appellants.

*Arthur S. Barnes* and *John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.